UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MAQWANIBWIT DEUMAN,

        Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

## COUNT 1
(Assault Resulting In Serious Bodily Injury)

That on or about September 19, 2021, in Chippewa County, on land that is held in trust by the United States for the Bay Mills Indian Community, in the Northern Division of the Western District of Michigan,

MAQWANIBWIT DEUMAN,

an Indian male, assaulted an Indian female, resulting in serious bodily injury.

18 U.S.C. § 113(a)(6)
18 U.S.C. § 113(b)(2)
18 U.S.C. § 1151
18 U.S.C. § 1153

## COUNT 2
(Assault With a Dangerous Weapon)

That on or about September 19, 2021, in Chippewa County, on land that is held in trust by the United States for the Bay Mills Indian Community, in the Northern Division of the Western District of Michigan,

MAQWANIBWIT DEUMAN,

an Indian, assaulted an Indian female with a dangerous weapon, that is, a portable speaker, with the intent to do bodily harm.

18 U.S.C. § 113(a)(3)
18 U.S.C. § 1151
18 U.S.C. § 1153

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
HANNAH N. BOBEE
Assistant United States Attorney