UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-29 |
| Plaintiff, | Hon. Paul L. Maloney<br>U.S. District Judge |
| v. | |
| MAQWANIBWIT DEUMAN, | |
| Defendant. | |
| _____ / | |

## **ORDER OF DETENTION**

Defendant Maqwanibwit Deuman appeared before the undersigned on November 22, 2021 for his initial appearance and arraignment on a two-count indictment charging him with assault resulting in serious bodily harm and assault with a dangerous weapon. Deuman was advised of his rights, the charges and penalties. Assistant Federal Defender Elizabeth A. LaCosse was appointed to represent Deuman.

Defendant reserved the issue of detention at this hearing and Defense counsel advised the Court that she will be discussing residential options with Defendant. Counsel for Defendant will notify the Court when they are prepared for a detention hearing.

Defendant will remain detained pending further proceedings.

IT IS ORDERED.


Date:   November 22, 2021                         /s/ *Maarten Vermaat*
                                                                    MAARTEN VERMAAT
                                                                    U.S. MAGISTRATE JUDGE